1  STEVE EMERY TEICH
   Cal. State Bar No. **78397**
2  1390 Market Street
   Fox Plaza, Suite 310
3  San Francisco, CA 94102
   Telephone: (415) 864-5494
4
   Attorney for Defendant
5  **JASON THOMAS**

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT

## OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>           )<br>       Plaintiff, )<br>           )<br>     vs.    )<br>           )<br>**JASON THOMAS**, )<br>           )<br>       Defendant. )<br>_____) | CASE NO. **06-0266**<br><br>**ORDER TO MODIFY CONDITION**<br>**OF RELEASE AND ORDER** |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT** the previous conditions of release in this case be modified to include regular and emergency travel throughout the state of California with the stipulation and condition that he notify Pretrial Services Officer Mr. Paul Mamaril by telephone before leaving his current restricted area of travel.

DATED: 5/17/06

_____
UNITED STATES MAGISTRATE

*IT IS SO ORDERED*
*Judge James Larson*

ORDER TO MODIFY CONDITION OF RELEASE AND ORDER